AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| KELVIN DEVAUGHAN POWE | ) | Case No: 1:05-CR-00012-001 |
| | ) | USM No: 08877-003 |
| Date of Previous Judgment: 04/04/2006 | ) | Pro Se |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **146** months **is reduced to** **117 months**.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| Previous Offense Level: | 39 | Amended Offense Level: | 37 |
|---|---|---|---|
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 292 to 365 months | Amended Guideline Range: | 238 to 293 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.
☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

The mandatory minimum does not apply because the 5K1.1 motion filed by the Government was pursuant to 18 U.S.C.3553(e).

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated **04/04/2006** shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 06/27/2008

/s/ Callie V. S. Granade
Judge's signature

Effective Date: _____
(if different from order date)

Chief United States District Judge
Printed name and title